# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Craig James Theisen,                                           Bky. Case No. 14-43202
                                                                     Chapter 7

              Debtor.

## NOTICE OF SETTLEMENT OR COMPROMISE

To: The United States Trustee, all creditors and other parties in interest.

On, **October 25, 2014** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The debtor has the following non exempt property: 2007 Dell computer, miscellaneous books and DVD's, fishing equipment, hunting equipment, Kimball golf share, Mill Creek Enterprises, Inc., Theisen Construction, projected 2012 and 2014 tax refunds, 1993 John Deere riding lawn mower, 1994 Polaris 4-wheeler, canoe, spear house and equipment and miscellaneous tools and lawn equipment.   The trustee alleged that the debtor used his business account as his personal account and that the corporate veil could be pierced.  To settle these issues, the debtor and the trustee have reached an agreement whereby the debtor will pay the trustee $5500 in full settlement of all claims against Debtor's non exempt assets disclosed in the bankruptcy petition.  Upon discovery of undisclosed assets, the trustee shall be entitled to re-open the case to administer such assets. The trustee believes the settlement is in the best interest of the estate.

Craig Theisen will pay the trustee by October 31, 2014.  If payment is not made or if this agreement is not approved by the bankruptcy court, the Trustee shall be entitled to reassert any and all claims.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 301 U.S. Courthouse | 300 So. 4th St. | |
| 300 S. 4th St. | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: October 2, 2014                                          /e/ Erik A. Ahlgren
                                                                                     Erik A. Ahlgren, Trustee
                                                                                      220 W Washington Ave, Ste 105
                                                                                      Fergus Falls, MN  56537
                                                                                      218-998-2775
                                                                                      trustee@prtel.com